IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN M. CAMPBELL,
    Petitioner,

vs.                                          Case No. 5:07cv25/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## **O R D E R**

        Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) and has paid the filing fee. However, Petitioner failed to fully complete the § 2254 petition form, therefore, he must amend the petition before this action may proceed. Question 14 on the petition form requires Petitioner to state each ground for relief and briefly summarize the facts supporting each ground (Doc. 1 at 4). The form states, "Even if you file a separate memorandum of law, the facts must be set forth on this petition form." (*id*.). Petitioner completed Question 14 by setting forth each ground for relief and stating, "Supporting facts - see next page(s)" (*id*.). This is not acceptable. The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience. This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible motions or petitions. This saving would be lost if Petitioner were allowed to file an incomplete form and an attachment, instead of completing the form itself. In light of the administrative benefits derived from the use of the form, Petitioner should be required to fully complete the form, even if he wishes to submit an accompanying memorandum.

        To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Amended Petition." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the original petition. The amended

petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  N.D. Fla. Loc. R. 15.1.  Additionally, Petitioner shall provide two service copies of the amended petition in addition to the original.

Accordingly, it is **ORDERED**:

1.   The clerk is directed to send to Petitioner the form for use in Section 2254 cases.  This case number should be written on the form.

2.   Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file an amended petition as instructed in this order.  Petitioner should completely fill out the new petition form, marking it "Amended Petition."  Petitioner shall also provide two (2) service copies of the amended petition in addition to the original.

3.   Failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 20th day of April 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.:  5:07cv25/MCR/EMT