IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN MARION CAMPBELL,
    Petitioner,

vs.                                    Case No. 5:07cv25/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's Motion to Dismiss (Doc. 26) the amended petition for writ of habeas corpus.  Respondent seeks dismissal of the amended petition on the ground that the three claims raised by Petitioner are unexhausted and procedurally defaulted. Respondent requests an opportunity to address the merits of Petitioner's claims if the court denies the Motion to Dismiss (*see* Doc. 26 at 9).

In this court's June 20, 2007 service order, Respondent was erroneously instructed that he could raise a procedural default defense in a motion to dismiss (*see* Doc. 16); however, the Rules Governing Section 2254 Cases require that this defense be raised in an answer.  *See* Rules Governing Section 2254 Cases 5(b).  Therefore, the clerk will be directed to recharacterize the Motion to Dismiss as a Limited Answer.

Additionally, in light of Mulnix v. Secretary for Dept. of Corrections, No. 06-12110, 2007 WL 3498820 (11th Cir. Nov. 16, 2007), it appears that Petitioner's Ground One was exhausted in the state courts.  Therefore, Respondent will be required to file an amended answer which responds to the merits of Ground One.[1]

Accordingly, it is **ORDERED**:

---

[1]Respondent is not precluded from asserting a procedural default defense to Ground One, but even if he chooses to re-assert that defense, he must also address the merits.

      1.      The clerk shall re-docket Respondent's Motion to Dismiss (Doc. 26) as a Limited Answer.

      2.      Within **THIRTY (30) DAYS** from the date of docketing of this order, Respondent shall file an amended answer which responds to the merits of Petitioner's Ground One.

**DONE AND ORDERED** this 20th day of November 2007.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**