**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOHN MARION CAMPBELL,
    Petitioner,

vs.                                    Case No. 5:07cv25/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 11, 2009. (Doc. 36). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The amended petition for writ of habeas corpus (doc. 12) is **DENIED**.

**DONE AND ORDERED** this 16th day of March, 2009.

                                          s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**